UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | CIVIL MINUTES - GENERAL | | JS-6 |
|---|---|---|---|
| Case No. | CV13-7419-CAS(PJWx) | Date | October 3, 2014 |
| Title | *CYNTHIA KLEIN v. AMERICAN HONDA MOTOR CO., INC.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Elias/Not Present | Elias/Not Present |

**Proceedings:**   (IN CHAMBERS) - JOINT STIPULATION OF DISMISSAL (Filed 10/01/2014)[23]

The Court is in receipt of the parties' Joint Stipulation of Dismissal filed October 1, 2014.  No Proposed Order accompanied the parties' filing.  The Court hereby grants the parties' Joint Stipulation of Dismissal and dismisses the above-referenced action with prejudice.  Each side shall bear its own fees and costs.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |